Dahms' Estate

*W. Belskin Ginsburg,* for exceptant; *Edward D. Mitchell,* contra.

HENDERSON, J., January 15, 1935.—At the audit no claim was made for interest on the unpaid annuity allowed by the adjudication. One of the exceptions now raises this question. Interest is due as now demanded.

A careful study of the record discloses no other error.

The adjudication is, with the consent of the auditing judge, amended as to interest, all other exceptions are dismissed, and as amended the adjudication is confirmed absolutely.